IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALBERT FRAZIER,

      Plaintiff,                                 25cv0737

                                             ELECTRONICALLY FILED

   v.

CORRECTIONS OFFICER KENNETH
ADAMS, MICHAEL STACOVIAK,
JOHN DOES 1-25,

      Defendants.

## ORDER OF COURT

      This matter was referred to United States Magistrate Judge Kezia O.L. Taylor for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.

      On January 5, 2026, Magistrate Judge Taylor filed a thorough, well-reasoned Report and Recommendation ("R&R"), recommending that the partial motion to dismiss filed by Defendants Corrections Officer Kenneth Adams and Michael Stacoviak (collectively "Defendants") (Doc. 8) be denied and Plaintiff Albert Frazier's state law claims be permitted to proceed to discovery. (Doc. 14).

      As required by 28 U.S.C. § 636(b)(1) and Local Rule 72.D.2, the parties were notified that they had until January 20, 2026 to file written objections to the R&R, and fourteen (14) days thereafter to file any responses to any objections filed  (*Id.* at 8).

      No objections to the R&R were filed by January 20, 2026.  (*See* docket generally).

2

After *de novo* review of the Record in this matter, and the thorough, well-reasoned Report and Recommendation of Magistrate Judge Taylor (Doc. 14), the following Order is entered:

AND NOW, this 21st day of January, 2026, it is ORDERED that Defendants' Partial Motion to Dismiss (Doc. 8) is DENIED.

It is further ORDERED that Magistrate Judge Taylor's January 5, 2026 Report and Recommendation (Doc. 14) is adopted as the Opinion of the Court.

BY THE COURT:<br>
s/Arthur J. Schwab<br>
ARTHUR J. SCHWAB<br>
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record